IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:13:CR:00112-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CRYSTAL CARROLL,** | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant Crystal Carroll's *Pro Se* Motion Appealing the Magistrate Judge's Order of Detention Pending Sentencing, filed April 10, 2014. (Doc. 12). Because Defendant is represented by counsel, her motion is not well-taken and is, therefore, subject to summary dismissal. *See* Loc. R. Crim. P. 47.1(H).[1]

**IT IS, THEREFORE, ORDERED** that Defendant's *Pro Se* Motion (Doc. 12) is **DISMISSED.**

Signed: April 11, 2014

Richard L. Voorhees
United States District Judge

---

[1] The rule reads: "Except for challenges to the effective assistance of counsel, the Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived his or her right to counsel in the presence of a judicial officer after being fully advised of the consequences of the waiver." Loc. R. Crim. P. 47.1(H).